**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Michael Wayne Henderson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-001254
Lower Court Case No. 2012-CP-23-002777

---

Appeal From Greenville County
The Honorable D. Garrison Hill, Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-017
Submitted March 30, 2015 – Filed April 15, 2015

---

**APPEAL DISMISSED**

---

Appellate Defender Benjamin John Tripp, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General Karen Christine Ratigan, of Columbia, for Respondent.

---

**PER CURIAM:** Petitioner seeks a writ of certiorari from an order of the circuit court denying his application for post-conviction relief (PCR), but finding he was entitled to a belated review of any direct appeal issues pursuant to *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974).

Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

We dismiss this matter pursuant to Rule 220(b)(1), SCACR, after consideration of petitioner's *pro se* brief and careful review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**DISMISSED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**